# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 07-549-01 |
| | ) | |
| MAURICE PHILLIPS, | ) | **FILED** |
| | ) | |
| Defendant. | ) | AUG 20 2010 |

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### NOTICE OF APPEAL

Defendant Maurice Phillips hereby appeals the Judgment of Conviction and Sentence

entered by the Honorable J. Curtis Joyner on August  11, 2010 at Criminal No. 07-549-11.


_____
Maurice Phillips, Pro Se

Date: August 18, 2010