

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs.

MAURICE PHILLIPS  (PRO SE)

07cr549-1
District Court Docket Number

**APPEALABLE ORDER NOT YET FILED**

Notice of Appeal Filed 8/20/10
Court Reporter(s)/ESR Operator(s)     G. WOLFE

Filing Fee:
  Notice of Appeal __Paid  X Not Paid   __Seaman
  Docket Fee       __Paid  X Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC:

**FILED**
AUG 20 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

Defendant's Address (for criminal appeals)
MAURICE PHILLIPS #04951
FDC PHILADELPHIA  P.O. BOX 562
700 ARCH STREET
PHILADELPHIA, PA. 19105

Prepared by : _____  8/23/10
              KEVIN EIBEL, Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm