

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MAURICE C. PHILLIPS,
    Defendant.

Case No. 07-549

FILED
DEC 13 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## MOTION FOR DISCLOSURE OF PROPERTY

Before The Hon. J. Curtis Joyner

COMES NOW, Maurice C. Phillips, Petitioner as pro se litigant, hereby respectfully moves for order and directions to have forfeited property returned and or disclosed pursuant to Rule 41(e) for good cause and reasons that are set forth below:

1. An order and directions are warranted for the return of any and all property confiscated from 13617 Hollow Log Drive, Marlboro, Maryland, by Government Agents on September 13th 2007;

2. The property requested to be return are :
1.) 1-Sony Vio Computer CPU SN 3014442

2.) 1-Verizon Blackberry SN 8JUG2516JF

3.) 1-Verzon Nokia    SN 0540434G029A1

4.) 1-Apple I Phone AT&T

5.) 1-Motorola Model    SN NTV1768 "010913002177602"

6.) 1-Brown LV -Louis Veton Brief Case (and photographs contained within the brief)

7.) All photographs that were taken from residence

8.) Petitioner asserts that , the requested items to be return was not apart of the Government's forfeiture motion, and being as such all properties should be returned or show cause as to why the requested numbered properties should not , and or can not be returned to the Petitioner.

WHEREFORE , Petitioner respectfully request that the Court GRANT the foregoing motion for reasons that have been set forth herein.

Si/ *Maurice Phillips*
Mr. Maurice Phillips,(Pro se )

2

## \* CERTIFICATE OF SERVICE \*

I, Maurice Phillips, hereby certify that I have served a true and correct copy of the Motion For Return Of Property, Under Rule 41(e), via U.S. Mail to the following:

Angela Mickie/Deputy Clerk of;
The Honorable J. Curtis Joyner, Judge
United States Courthouse
601 Market Street
17th Floor
Philadelphia, Pennsylvania 19106

Assistant U.S. Attorney
L.C. Wright, Esquire
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

**FILED**
DEC 13 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Certified on this day 9th of ~~September~~ December 2010.
M.P.

Respectfully Submitted,

Maurice Phillips

*Maurice Phillips*

3

Assistant U.S. Attorney  
L.C. Wright, Esquire  
615 Chestnut Street  
Suite 1250  
Philadelphia, PA 19106

Mr. Maurice Phillips  
Register No. 04951-748  
F.D.C. Philadelphia  
P.O. Box 562  
Philadelphia, PA 19105

December  
~~September~~ 9th 2010

Re: United States v. Maurice Phillips   Docket No. 07-540-01

Dear Mr. Wright:

  Enclosed please find a copy of motion filed, requesting return of personal property.

  If Motion is GRANTED I humbly ask that the described items be sent to :

    ⇔04951-748⇔  
    James Phillips  
    2774 Laurel Stone LN  
    Snellville, GA - 30039  
    United States

              Respectfully Submitted,

              *Maurice Phillips*  
              ———————————  
              Maurice Phillips

4

Page 1 of 4

# EVIDENCE RECOVERY LOG

Location: 13617 Hollow Lor Dr. Upper Marlboro MD   Personnel: _____
Date: 9/19/07
Case Identifier: 245E-BA-93663
Log Preparer: Deltis
Assistants: _____

| Item No | Description | Where Found | Found By | Collected By | Photo | Making Direct:D Indirect:I | Packaging Method | Misc. Comments |
|---|---|---|---|---|---|---|---|---|
| 9 cont. | B/W Motorola Metro call pager SN 96-ABRAWZNP4 | Master bedroom floor ① | SA Simon | | | | | |
| | Apple iPhone AT&T | " | SA Simon | | | | | |
| 10 | Motorola Model Krbr A1TV.788 SN# 01091840347 76862 | Kitchen | Stark | | | | | |
| 9A | US Currency (35) $20.00 (7) $100.00 (3) $1.00 = $1,063 | Master bedroom floor ② | SA Simon | | | | | |

MAIN01643

MAIN01643

FD-340 (Rev. 3-8-01)

(1A303)

Universal Case File Number __245F-PH-9363__

Field Office Acquiring Evidence __BALTIMORE__

Serial # of Originating Document __1036__

Date Received __9/13/2007__

From _____
(Name of Contributor)

_____
(Address of Contributor)

_____
(City and State)

By __Michael J. Rehus__

To Be Returned ☐ Yes ☒ No
Receipt Given ☐ Yes ☒ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6(e) Federal Rules of Criminal Procedure
☐ Yes ☒ No
Federal Taxpayer Information (FTI)
☐ Yes ☒ No

Title: __OPERATION COLLATERAL DAMAGE__

Reference: _____
(Communication Enclosing Material)

Description: ☐ Original notes re interview of
__FD-597s (RECEIPT FOR PROPERTY SEIZED)__
__FROM 13617 HOLLOW LOG DR__
__UPPER MARLBORO, MD 20774__

4

MAIN01645

MAIN01645

D-597 (Rev 8-11-94)                                                                 Page 2 of 2

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 245F-PH-93663

On (date) 9/13/07

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) MAURICE CHAUNCEY PHILLIPS
(Street Address) 13617 HOLLOW LOG DRIVE
(City) UPPER MARLBORO, MD

Description of Item(s): MAIN FLOOR OFFICE ROOM E
(6) Sony Vaio Computer CPU Ser# 3014442
(7) MAIN FLOOR OFFICE ROOM E: Misc Documents, Real Estate Docs, Ahom, Taylor and Associates, Bank Stmts, Financial Stmts, Credit Cards Statement, Check Book Ledger (Ahom) other Misc Financial Docs.
(8) MASTER BEDROOM Room Q: Misc Bank Stmts: Wachovia, First Union, Fleet, 1st Horizon Mortgage Acct., other Misc. Docs
(9) MASTER BEDROOM Room O: Cell phones:
    Verizon Blackberry SN SJUG-2516JP
    Motorola Net 10 SN 24197343
    Verizon Nokia SN 054043460 29A1
    Apple I Phone AT+T
    Blue Motorola Metro Call pager S/N 36B0BW2N94
U.S. Currency (38) $20.00 Dollar Bills; (3) $100.00 Dollar Bills
(3) One Dollar Bill $1,063

Received By: SA Michael D. Rehn   Received From: Maurice Phillips

MAIN01647

7

MAIN01647

D-597 (Rev 8-11-94)                                                           Page 1 of 1

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245F-PH-93663

On (date) 9/13/07

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) MAURICE CHAUNCEY PHILLIPS
(Street Address) 13617 Hollow Log DR
(City) Upper Marlboro

Description of Item(s):

(10) Kitchen Room C - cell phone
Motorola model NTV1768, SN # 010913002178602

Received By: SA Michael J. Rehm (Signature)   Received From: (Signature)

MAIN01648

MAIN01648

FD-340 (Rev. 3-8-01)

(1A204)

Universal Case File Number __245F-PH-93663__

Field Office Acquiring Evidence __BALTIMORE__

Serial # of Originating Document __1086__

Date Received __9/13/07__

From _____
(Name of Contributor)

_____
(Address of Contributor)

_____
(City and State)

By __SA Michael J. Rekus__

To Be Returned ☐ Yes  ☒ No
Receipt Given ☐ Yes  ☒ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e) Federal Rules of Criminal Procedure
☐ Yes  ☒ No
Federal Taxpayer Information (FTI)
☐ Yes  ☒ No

Title: __Operation Collateral Damage__

Reference: _____
(Communication Enclosing Material)

Description: ☐ Original notes re interview of

__FD-597 Reflecting items seized from a Black Dodge Charger, MD Tag JCVS13 which was parked in front of 13617 Hollow Log Dr and is operated by Maurice Phillips__

MAIN01650

9

MAIN01650