# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **Criminal No. 07-549-01** |
| **MAURICE PHILLIPS** : | |

## O R D E R

      AND NOW, this _____ day of _____, 2010, upon consideration of the Motion for Disclosure of Property filed by the defendant, Maurice Phillips (ECF Doc. No. 860), and the government's response to the motion, it is hereby

      ORDERED that the Motion is DENIED in part and GRANTED in part; and it is further

      ORDERED that as soon as practicable, the government shall return to the defendant's designee all property listed in the motion.  However, to the extent the photographs referenced in the motion were entered into evidence at trial, within a reasonable period of time, the government shall return copies of the photographs to the defendant's designee to allow the government to scan and copy such items.

 

      **HONORABLE J. CURTIS JOYNER**
      **United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | Criminal No. 07-549-01 |
| **MAURICE PHILLIPS** | : | |

### RESPONSE OF UNITED STATES OF AMERICA
### TO DEFENDANT'S MOTION FOR DISCLOSURE OF PROPERTY

The United States of America, by and through its attorneys, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Linwood C. Wright, Jr., and Joseph F. Minni, Assistant United States Attorneys, responds to the defendant's Motion for Disclosure of Property filed in the above-captioned case as follows:

On December 13, 2010, the defendant, Maurice Phillips, filed a Motion seeking the return of certain items of property that were seized from his residence in Maryland by the government on September 13, 2007. The defendant seeks the return of seven specific items of property, including a laptop computer, mobile phones, a briefcase, and certain photographs.

The government does not object to the motion, and respectfully requests that this Court to allow it a reasonable period of time to assemble the property sought by the motion and return it to the defendant's designee. However, to the extent that the defendant seeks the return of photographs that were admitted as evidence at trial, there is a continuing evidentiary need for these items as the defendant has appealed his sentence and conviction which is currently pending before the Court of Appeals. The government respectfully requests this Court to allow it a

reasonable period of time to scan and copy the photographs and provide scanned copies to the defendant's designee.

WHEREFORE, based on the foregoing, the government requests that this Court grant the motion, in part, and deny the motion, in part.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney


/s/ Linwood C. Wright, Jr.
LINWOOD C. WRIGHT, JR.
Assistant United States Attorney


/s/ Joseph F. Minni
JOSEPH F. MINNI
Assistant United States Attorney

Date:   December 15, 2010.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the Response of United States of America to Defendant's Motion for Disclosure of Property was served by United States mail, postage prepaid, upon:

>Maurice Phillips (Reg. No. 04951-748)
>USP ATWATER
>U.S. PENITENTIARY
>P.O. BOX 019001
>ATWATER, CA 95301

>/s/ Joseph F. Minni
>JOSEPH F. MINNI
>Assistant United States Attorney

Date: December 15, 2010.