**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| vs. | : |
| | : NO. 07-CR-549-1 |
| MAURICE PHILLIPS | : |

## O R D E R

AND NOW, this    8th    day of June, 2021, upon consideration of Defendant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255, *as amended,* (Doc. Nos. 1042, 1061) and the Government's Response in Opposition thereto, it is hereby ORDERED that the Motion is DENIED for the reasons outlined in the foregoing Memorandum Opinion.

BY THE COURT:

s/ J. Curtis Joyner

_____

J. CURTIS JOYNER,        J.