# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| vs. : | |
| : | NO. 07-CR-549-1 |
| MAURICE PHILLIPS : | |

## O R D E R

AND NOW, this 8th day of June, 2021, upon consideration of the Pro Se Motion of Defendant Maurice Phillips for Sentence Reduction Under 18 U.S.C. Section 3582(c)(1)(A) (Doc. No. 1103) and the Government's Response in Opposition thereto, it is hereby ORDERED that the Motion is DENIED for the reasons outlined in the preceding Memorandum Opinion.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER,     J.